ACCEPTED
14-15-00124-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
10/1/2015 10:00:58 AM
CHRISTOPHER PRINE
CLERK



5718 WESTHEIMER ROAD, SUITE 1200
HOUSTON, TEXAS 77057
PHONE: (713) 960-6000 ▪ FAX: (713) 960-6025
**www.rmgllp.com**

**J. ERIK NICHOLS**
Direct Dial: (713) 960-6031
enichols@rmgllp.com

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
10/1/2015 10:00:58 AM
CHRISTOPHER A. PRINE
Clerk

September 29, 2015

***Via CM/RRR 7014 2120 0001 5800 2290***
Harris County District Clerk's Office
Civil/Family Post Trial
201 Caroline Street, Suite 250
Houston, Texas 77210

> Re:  SUPPLEMENTAL DESIGNATION OF CLERK'S RECORD
>
> Appellate Court 14-15-00124-CV; *Rosemary Tooker v. Alief Independent School District*, in the 14th Court of Appeals.
>
> On appeal from No. 2013-06192; *Rosemary Tooker v. Alief Independent School District*, in the 127th Judicial District Court of Harris County, Texas.

To Whom It May Concern:

Upon review of the Clerk's Record in the above-referenced matter, we have determined there are additional documents that should be included. Accordingly, please supplement the Clerk's Record as soon as possible to include complete copies of the following documents:

1.  Defendant's Objections/Motion to Strike Plaintiff's Jurisdictional Evidence and Reply to Plaintiff's Response to Defendant's Plea to the Jurisdiction dated on or about August 6, 2013.

2.  Defendant's Objections and Motion to Strike Plaintiff's Third Amended Petition, and Alternatively, Plea to the Jurisdiction, Traditional, and No Evidence Motions for Summary Judgment, inclusive of all exhibits attached thereto (Exhibit 1, Exhibit 2 (including Exh. 2A- Exh. 2J), and Exhibit 3 (including Exh. 3A), dated on or about July 29, 2014.

Austin Office:    5920 W. William Cannon Dr., Bldg. 1, Suite 250    Austin, Texas 78749    Phone: (512) 354-1050    Fax: (512) 354-1049

3.     Defendant's Motion to Correct File Stamps pursuant to Texas Rule of Civil Procedure 21, inclusive of all exhibits attached thereto (Exhibit 1 – Exhibit 3), dated on or about August 22, 2014.

4.     Defendant's Objections/Motion to Strike Plaintiff's Summary Judgment Evidence and Reply to Plaintiff's Response to Defendant's Plea to the Jurisdiction, Traditional, and No Evidence Motions for Summary Judgment, inclusive of Exhibit 1, dated on or about August 27, 2014.

We will promptly pay any costs associated with this request upon notification. Additionally, please be advised that the copy of the Original Clerk's Record in the above-referenced matter that I received, while indexed, is not paginated. I am happy to add page numbers to the copy of the record that I have been provided to reference in Alief ISD's Appellant's Brief, but I wanted to bring this issue to your attention prior to the Fourteenth Court of Appeals' review of the record in the interest of judicial economy. Thank you for your assistance in this matter.

Very truly yours,

ROGERS, MORRIS & GROVER, L.L.P.

J. Erik Nichols

c.c.     Victoria Plante-Northington          *(via email PDF)*

